NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

QINGDAO TAIFA GROUP CO., LTD.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

v.

GLEASON INDUSTRIAL PRODUCTS, INC.
AND PRECISION PRODUCTS, INC:,
*Defendants-Cross Appellants.*

---

2011-1595, -1596

---

Appeals from the United States Court of International Trade in case no. 08-CV-0245, Judge Jane A. Restani.

---

## ON MOTION

---

## ORDER

Gleason Industrial Products, Inc. and Precision Products, Inc. (Gleason) move to withdraw Alexander H. Schaefer as counsel. Gleason also moves without opposition to withdraw its brief filed on November 18, 2011 and

to substitute as its principal brief the brief Gleason filed on December 28, 2011. The United States moves without opposition for a 14-day extension of time, until January 11, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

___JAN 0 4 2012___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Stephen C. Tosini, Esq.
Louis S. Mastriani, Esq.
Alexander H. Schaefer, Esq.
Matthew P. Jaffe, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2012

JAN HORBALY
CLERK